**Opinion filed April 16, 2009**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-08-00301-CR, 11-08-00302-CR, & 11-08-00303-CR

_____

## PAUL GLEN DILLS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause Nos. 13731, 13732, & 13733**

## M E M O R A N D U M   O P I N I O N

The jury convicted Paul Glen Dills of two offenses of aggravated assault with a deadly weapon[1] and one offense of unlawful restraint.[2] The jury found the enhancement allegation in each indictment to be true and assessed appellant's punishment at confinement for forty years and a $2,000 fine in Cause No. 11-08-00301-CR, at confinement for twenty years and a $2,000 fine in

_____

[1]Cause Nos. 11-08-00301-CR and 11-08-00302-CR.

[2]Cause No. 11-08-00303-CR.

Cause No. 11-08-00302-CR, and at confinement for fifteen years and a $2,000 fine in Cause No. 11-08-00303-CR. We affirm.

Appellant's court-appointed counsel has filed motions to withdraw. Each motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that the appeal is frivolous. Counsel has provided appellant with copies of the briefs and advised appellant of his right to review the record and file responses to counsel's briefs. Responses have not been filed. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

Following the procedures outlined in *Anders*, we have independently reviewed the record, and we agree that the appeals are without merit. We note that counsel has the responsibility to advise appellant that he may file petitions for discretionary review by the Texas Court of Criminal Appeals. *Ex parte Owens*, 206 S.W.3d 670 (Tex. Crim. App. 2006). Likewise, this court advises appellant that he may file petitions for discretionary review pursuant to TEX. R. APP. P. 66. *Black v. State*, 217 S.W.3d 687 (Tex. App.—Eastland 2007, no pet.).

The motions to withdraw are granted, and the judgments are affirmed.

PER CURIAM

April 16, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.